UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY L. KIMNER,<br>   Plaintiff,<br>  v.<br>WEB WATCHERS, et al.,<br>   Defendants. | Case No. 19-CV-06973-LHK<br>**ORDER RE: PLAINTIFF'S LETTER**<br>Re: Dkt. No. 11 |

The Court is in receipt of Plaintiff's November 21, 2019 letter. ECF No. 11. The Court advises Plaintiff that the Court cannot provide legal guidance. Instead, Plaintiff may seek free legal advice from Kevin Knestrick the Federal Pro Se Program attorney in San Jose, California, who can provide basic legal help but not legal representation. Mr. Knestrick is located at the U.S. Courthouse, 280 S. 1st Street, 2nd Floor, Room 2070, San Jose, California 95113, and may be contacted at (408) 297-1480. Pursuant to the November 15, 2019 order from the Clerk's Office reassigning the case, existing briefing schedules "remain unchanged." ECF No. 9. Specifically, the December 13, 2019 deadline to file an amended complaint remains as set.

**IT IS SO ORDERED.**

Dated: November 27, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 19-CV-06973-LHK
ORDER RE: PLAINTIFF'S LETTER